# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARIUS BAZILE

NO. 2026 KW 0300

**MAY 4, 2026**

---

In Re:    Darius Bazile, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 50435.

---

**BEFORE:  MILLER, EDWARDS, AND FIELDS, JJ.**

     **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling on the motion to quash, the state's response, if any, the bill of information, the amended bill of information, and any other portions of the district court record that might support the claims raised in the motion to quash. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before June 30, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT